# Court of Appeals
# of the State of Georgia

ATLANTA,　January 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0713. MELISSA HUTSON DAVIS v. GLINN HILLER SPANN et al.**

The above appeal was docketed on December 13, 2013. Appellant's brief was due on or before January 2, 2014. Appellees filed a Motion to Dismiss Appeal on January 8, 2014.

As of the date of this order, Appellant has neither filed a brief and enumerations of error nor requested an extension of time to file.

Upon review and careful consideration of Appellees' Motion to Dismiss Appeal, the same is hereby GRANTED. See Georgia Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/16/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*